

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00368-CV

**IN RE L.A.S.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019EM500341
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief was due on November 28, 2022. However, appellant has filed an unopposed motion requesting an extension of time to file the appellant's brief and a motion for leave to file his brief late. Appellant filed his brief on December 1, 2022. The motions are GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court